*E-Filed 5/11/10*

REASSIGNMENT ORDER

YOU ARE NOTIFIED THAT, having been reassigned to the Honorable Richard
Seeborg, the Court has scheduled a Case Management Conference in the instant case for
**August 26, 2010 at 10:00 a.m.**  Please report to Courtroom 3 on the 17th Floor of the
United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

IT IS ORDERED that this case is reassigned to the Honorable Richard Seeborg for all
further proceedings.

1.  All future filings shall bear the new initials RS immediately after the case number.

2.  All subsequent hearings shall be held in Courtroom 3 on the 17th Floor of the
    United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

3.  Cases previously referred to an ADR process (at filing, by order of the previously
    assigned judge or by stipulation and order) shall proceed under the terms of the
    applicable ADR local rule.  Dates for previously scheduled ADR telephone
    conferences shall remain in effect.

4.  All discovery cutoff dates and other deadlines associated with this case, such as
    disclosure and expert deadlines, shall remain in effect.

5.  All case management conference dates are VACATED and will be reset by the
    court.

6.  All law and motion hearing dates are VACATED and must be re-noticed by the
    moving party on a **Thursday at 1:30 p.m.**

7.  All pretrial conference and trial dates currently set for dates EARLIER than
    January 1, 2011, are VACATED.  All discovery cutoff dates and other deadlines
    associated with the case shall remain in effect.

8.  All pretrial conference and trial dates currently set ON OR AFTER January 1,
    2011, as well as other deadlines associated with the case, shall remain in effect,
    unless and until otherwise ordered by the court.

In addition to the foregoing, Judge Seeborg ORDERS that, no fewer than **seven days**
prior to the Case Management Conference scheduled herein, the parties file a **Joint Case
Management Conference Statement** (separate statements are appropriate if either party
is proceeding without counsel).  The Statement should not exceed ten pages in length and
should address the following items in the following order:

1.  Date case was filed;
2.  List or description of all parties;
3.  Summary of all claims, counter-claims, cross-claims, third party claims;

4.  Brief description of the event underlying the action;
5.  Description of relief sought and damages claimed with an explanation as to how damages are computed;
6.  Status of discovery (including any limits or cutoff dates);
7.  Procedural history of the case including previous motions decided and/or submitted, ADR proceedings or settlement conferences scheduled or concluded, appellate proceedings pending or concluded, and any previous referral to a magistrate judge;
8.  Other deadlines in place (before reassignment), including those for dispositive motions, pretrial conferences, and trials;
9.  Any requested modification of these dates and reason for the request;
10. Whether the parties will consent to a magistrate judge for trial;
11. Whether Judge Seeborg has previously conducted a settlement conference in this case, and if so, whether the parties stipulate to him handling this case for trial pursuant to ADR Local Rule 7-2 or request his recusal.

IT IS SO ORDERED.


Dated: 5/11/10

RICHARD SEEBORG
United States District Judge