*E-Filed 8/23/10*

Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PEAK ENGINEERING INC., a California corporation,<br><br>Defendant. | Case No.: C10-1909 RS<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:     August 26, 2010<br>Time:     10:00 a.m.<br>Location: Courtroom 3, 17th Floor<br>              450 Golden Gate Avenue<br>              San Francisco, California<br>Judge:    Honorable Richard Seeborg |

Plaintiffs herein respectfully request a Continuance of the Case Management Conference currently on calendar for August 26, 2010 at 10:00 a.m.

1.   As the Court is aware, on July 27, 2010, default was entered against Defendant in this matter.

2.   Plaintiffs are in the process of preparing a Motion for Default Judgment, which Plaintiffs anticipate filing with the Court within the next three to four weeks. Accordingly, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for August 26, 2010, be continued for ninety (90) days to allow disposition of the Motion.

/ / /

/ / /

3. There are no issues that need to be addressed at the currently scheduled conference.

I declare under penalty of perjury that the foregoing is true and correct of my own personal knowledge and if called upon to testify, I could competently testify thereto.

Executed this 19th day of August, 2010, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


_____/s/_____
Michele R. Stafford
Attorneys for Plaintiffs

**IT IS SO ORDERED:**

The Case Management Conference in this matter shall be continued to ___December 16,_____2010 at 10:00 a.m., and all other previously set dates shall be vacated, and reset at that time as necessary.

Dated: __ 8/23/10 _____        _____
                                          UNITED STATES DISTRICT COURT JUDGE