*E-Filed 12/30/10*

Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PEAK ENGINEERING INC., a California corporation,<br><br>Defendant. | Case No.: C10-1909 RS<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:     January 6, 2011<br>Time:     10:00 a.m.<br>Location: Courtroom 3, 17th Floor<br>          450 Golden Gate Avenue<br>          San Francisco, California<br>Judge:    Honorable Richard Seeborg |

Plaintiffs herein respectfully request a Continuance of the Case Management Conference currently on calendar for January 6, 2011 at 10:00 a.m.

1.   As the Court is aware, on July 27, 2010, default was entered against Defendant in this matter.

2.   Plaintiffs recently discovered that Defendant has closed its doors. However, Plaintiffs have made bond claims and are investigating other avenues for collection, including a possible alter ego company to be named in the current action. The investigation, including obtaining records from the Secretary of State and other sources, is almost complete. The results need to be evaluated and discussed, to ascertain whether additional defendants should be added to this action. Accordingly, Plaintiffs request that the Case Management Conference, currently

-1-
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: C10-1909 RS

1 | scheduled for January 6, 2011, be continued for ninety (90) days to allow Plaintiffs time to complete our investigation.

3. There are no issues that need to be addressed at the currently scheduled conference.

I declare under penalty of perjury that the foregoing is true and correct of my own personal knowledge and if called upon to testify, I could competently testify thereto.

Executed this 30th day of December, 2010, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


_____/s/_____
Michele R. Stafford
Attorneys for Plaintiffs


**IT IS SO ORDERED:**

The Case Management Conference in this matter shall be continued to _____March 17,_____ 2011 at 10:00 a.m., and all other previously set dates shall be vacated, and reset at that time as necessary.

Dated: __12/30/10_____           _____
                                                                UNITED STATES DISTRICT COURT JUDGE

-2-
**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C10-1909 RS**

P:\CLIENTS\OE3CL\Peak Engineering Inc\Pleadings\C10-1909 RS - Request to Continue CMC 122810.doc