*E-Filed 3/14/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PEAK ENGINEERING INC., a California corporation,<br><br>Defendant._____/ | No. C 10-01909 RS<br><br>**ORDER RE BANKRUPTCY STAY** |

On March 2, 2011, plaintiffs filed a notice of automatic stay under 11 U.S.C. section 362 informing the Court that this action is stayed by defendant's recent Chapter 7 bankruptcy filing. As there appears no reason to maintain the file as an open one statistically, the Clerk of Court shall close this file for administrative purposes. Nothing contained in this Order shall be considered a dismissal or disposition of this action. If further proceedings become necessary, any party may initiate them in the same manner as if this Order had not been entered.

The Case Management Conference presently set for March 17, 2011 is vacated.

IT IS SO ORDERED.

Dated: 3/14/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-01909 RS
ORDER RE BANKRUPTCY STAY